UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case Number:  19-22604-CIV-MARTINEZ-OTAZO-REYES

NOEMI VALENZUELA,

    Plaintiff,

vs.

KILOLO KIJAKAZIL, Acting Commissioner
of Social Security,

    Defendant.
_____/

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

    THE MATTER was referred to the Honorable Alicia M. Otazo-Reyes, United States Magistrate Judge, for a Report and Recommendation on Plaintiff's Unopposed Motion for Attorneys' Fees Pursuant to the Equal Access to Justice Act (the "Motion"), (ECF No. 37). Magistrate Judge Otazo-Reyes filed a Report and Recommendation, recommending that the Motion be granted. (ECF No. 39).

    The Court has reviewed the entire file and record, and notes that no objections have been filed. Accordingly, after careful consideration, it is hereby ORDERED AND ADJUDGED that

    1.    United States Magistrate Judge Otazo-Reyes's Report and Recommendation, (ECF No. 39), is AFFIRMED and ADOPTED.

    2.    The Motion, (ECF No. 39), is GRANTED and **attorneys' fees in the amount of $14,272.30 be awarded to Plaintiff and be made payable to Plaintiff's counsel**, unless Plaintiff owes a federal debt, in which case any payment shall be made payable directly to Plaintiff and delivered to Plaintiff's counsel.

    DONE AND ORDERED in Chambers at Miami, Florida, this 7th day of June, 2022.

                                                  _____
                                                 JOSE E. MARTINEZ
                                                 UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Becerra
All Counsel of Record